## Commonwealth *v.* Campbell, Appellant.

Submitted September 11, 1973.  *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Anna I. Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Carrington, Appellant.

Argued September 20, 1973.  *Benjamin Paul,* for appellant; *James Garrett,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Carter, Appellant.

Argued September 20, 1973.  *Louis Retacco,* with him *Harold E. Miller* and *Nicholas A. Clem-*

*ente,* for appellant; *Paul Foreman,* with him *John Woodcock, Jr.,* Assistant District Attorney, and *Amos Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Carter, Appellant.

Submitted September 10, 1973. *Joseph T. McGraw,* Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, and *William J. McDonald,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Chapman, Appellant.

Argued September 13, 1973.  *Daniel H. Greene,* for appellant; *James Wilson,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Clark, Appellant.